IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **CLOSNER CONSTRUCTION, LC** § | |
| § | CASE NUMBER 11-50060 |
| § | (Chapter 11) |
| Debtor. § | |

## NOTICE OF SETTING

TO ALL CREDITORS, PARTIES IN INTEREST, AND PARTIES REQUESTING NOTICE:

The above numbered and entitled case has been reset for a hearing on the Debtor's Disclosure Statement of the Debtor's Combined Plan and Disclosure Statement (Docket No. 53) for October 27, 2011 at 1:00 p.m. in the Bankruptcy Courtroom for the United States Bankruptcy Court for the Southern District of Texas, Laredo Division.

Respectfully submitted.

Law Office of Carl M. Barto
/s/ Carl M. Barto

_____
Carl M. Barto , TBN 01852100
817 Guadalupe
Laredo, Texas 78040
956   725-7500 Telephone
956   722-6739 Facsimile
Attorney for La Feria B.P. Properties, LTD


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided either via ECF or mailed by United States  first class mail to all creditors, parties in interest and parties requesting notice as listed below on the October 18,  2011

/s/ Carl M. Barto
_____
Carl M. Barto

A Clean Portoco
P.O. box 531607
Harlingen, TX 78553

Agustin Maldonado
c/o Daw & Ray
621 E. Tyler Ave.
Harlingen, TX 78550

Alamo Concrete Products, LTD
P.O. Box 1538
San Antonio, TX 78295-1538

Alfonso Martinez
2207 Texas  Ave.
Weslaco Tx 78550

Andrews Myers Coulter & Haynes PC
William Westcott
3900 Essex Lane Ste. 800
Houston, TX 77027

Apollo Metals, Inc.
1230 Wisper Hill Dr.
Laredo, TX 78045

Aqua Speical Utility District
P.O. Box 4379
Mission, TX 78573-0075

Aqua Works Pipe & Supply, LLC
2907 North Central Ave.
Brownsville, TX 78526

Argus Security Systems, Inc.
314 Ash Ave.
McAllen, TX 78501

Arquindegui Oil Co. II LTD
4506 State Highway 359
Laredo, TX 78043

AT & T
909 Chestnut St. Room 39-N-13
St. Louis, MO 63101-3099

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Barton, East & Caldwell, LLP
One Riverwalk Place
700 North St. Mary's St. Ste. 1825
San Antonio, TX 78205

BBVA Compass Bank
P.O. Box 830696
Birmingham, AL 35283

Betts Oil & Butane
P.O. Box 323
Weslaco, TX 78599

Blue Top
101 W. Hillside, Ste. 10
Laredo, TX 78041

Brothers Materials LTD
8114 State Hwy. 359
Laredo, TX 78043

Cantu & Sons Trucking, Inc.
205 Wagon Trail Rd.
Palmhurst, TX 78573

Carranco & Lawson PC
Certified Public Accounts
P.O. Box 3229
Laredo, TX 78044-3229

Carrillo & Associates, Inc.
1219 Clark Blvd.
Laredo, TX 78040

Certegy Payment Recovery Services
11601 Roosevelt Blvd.
St. Petersburg, Florida 33716

Certified Laboratories
P.O. Box 152137
Irving, TX 75015

Chase Auto Finance
P.O. Box 78101
Phoenix, AZ 85062-8101

Chemical Lime Company of Texas
5274 Paysphere Cricle
Chicago, IL 60674

Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921

Citifinancial Auto
P.O. Box 183036
Columbus, OH 43218-3036

Cleanserve, Inc.
3808 Knapp
Pearland, TX 77581

Contractor Specialties & Supplies Co. In
No Flow In Flow
P.O. Box 700933
San Antonio, TX 78295

CPL Retail Energy
P.O. Box 180
Tulsa, OK 74101-0180

Cricket Wireless
P.O. Box 660254
Dallas, TX 75266-0254

Datamatic, LTD
P.O. Box 940641 3600 K Avenue
Plano, TX 75074

Daw & Ray, A Limited Liability Partnersh
Jaime A. Drabek
621 East Tyler Ave.
Harlingen, TX 78550

De Lage Landen Financial Services
P.O. Box 41601
Phila, PA 19101-1601

De Lage Landen Financial Services
P.O. Box 41601
Philadelphia, PA 19101-1601

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

Delta Special Services LTD
5130 Hwy. 281
Edingburg, TX 78539

Doctors Hospital of Laredo
P.O. Box 31001-0827
Pasadena, CA 91110-0827

EarthCo
1306 South F. STr. Ste. A
Harlingen, TX 78550

Economy Trires & Wheels
10,006 N. Moorefiled Rd.
Mission, TX 78574

El Chore Pit
P.O. Box 3894
Mission, TX 78573

Eluid Saucedo
522 Campanario Lane
Laredo, TX 78043

Emmsa Co.
101 N. Bicentennial Blvd.
McAllen, TX 78501

Emmsa Co./Laredo
101 N. Bicentennial Blvd.
McAllen, TX 78501

F.J. Degollado
1962 Royal Oak St.
Brownsville, TX 78520

Fed Ex Valley

P.O. Box 660481
Dallas, TX 75266-0481

Federal Express
3875 Airways
Module H3 Department 4634
Memphis TN 38116

Ferguson Enterprises, Inc.
1900 Est. Expressway 83
Mission, TX 78572

Ferguson Water Works
1900 Est Expressway 83
Mission, TX 78572

FLG Smart Solutions
306 Exeter Drive
Laredo, TX 78045

Flores & Torres LLP
118 E. Cano
Edingburg, TX 78539

Francisco J. Saldana Jr.
Attorney At Law
217 W. Village Blvd. No. 3
Laredo, TX 78041

French Ellison

Funes Dump Services
403 CampanarioLane
Laredo, TX 78046

Godwin Pumps of America Inc.
P.O. Box 935152
Atlanta, GA 31193-5152

Gomez Trucking
1620 E. Price
Laredo, TX 78043

Griffin Dewatering Southwets LLC
P.O. Box 972956

Dallas, TX 75397-2956

Guinte Pools, Inc.
P.O. Box 988
Mercedes, TX 78570

H E B Check Services
P.O. Box 101513
San Antonio, TX 78201-9513

Hanes Geo Components
500 North Mclin Crrek Rd.
Conover, NC 28613

Hanson Pipe & Products Inc.
P.O. Box 842481
Dallas, TX 75284-2481

HD Water Works Supply
P.O. Box 2227
McAllen, TX 78502

Hollon Oil company
P.O. Box 8068
Weslaco, TX 78599

Holt Texas, LTD dba Holt Cat
c/o Barton, East & Caldwell
700 N. St. Mary's St. Ste.1825
San Antonio, TX 78205

Homer's Concrete
2702 Laredo St.
Laredo, TX 78040

Howland Engineering and Surveying co.
P.O. Box 451128
Laredo, TX 78041

ICM Improved Cosntruction Methods
P.O. Box 55281
Littel Rock, AR 72215

Industrial Manufacturing Precision
3900 E. Bus 83, Ste. B

Weslaco, TX 78596

Intergrative Performance
4855 N. International Blvd.
Weslaco, TX 78596

Internal Revenue Service
300 E. 8th St.
STOP 5026AUS
Austin, TX 78701

Itt Water & Wstewater USA
P.O. Box 371630
Pittsburg, PA 15250-7630

J III Concrete
1700 E. 28th St.
Weslaco, TX 78596

J. De La O Electric
155 N. Washington
Mercedes, TX 78570

Jedi
1911 N. Lexington Blvd.
Corpus Christi, TX 78409

Jose M. Guardado
26043 Meredith St.
La Feria, TX 78559

Just Energy
P.O. Box 650518
Dallas, TX 75265-0518

Laredo Alarm Systems, Inc.
1601 Jacaman Rd.
Laredo, TX 78041

Laredo Builders Assoc.
 201 W. Hillside Ste. 3
Laredo, TX 78041

Laredo Fence Material Inc.
DBA Maverick Fence Co.

P.O. Box 1761
Laredo, TX 78044

Laredo Ready Mix Co.
 P.O. Box 116
Laredo, TX 78042-0116

Law office of Carl M Barto
817 Guadalupe
Laredo, TX 78040

Law Offices of Javier Villreal, PLLC
2401 Wild Flower Drive, Ste. A
Brownsville, TX 78526

Lone Star Shredding & Document Storage
1970 W. Exp. 83
Mercedes, TX 78570

Lone Star Steel & Supply
3202 Willow St.
Laredo, TX 78043

M.D.C. Recovery Services, Inc.
14 Depot St.
Merrimack, NH 03054

Margarito Flores
334 Scott
Brownsville, TX 78521

McAfee Agency
P.O. Box 625 321 Second St.
Mercedes, TX 78570

Medina Electric
P.O. Box 88
Bruni, TX 78344

Mercedes Auto Service
636 2nd St.
Mercedes, TX 78570

Michael R. Salinas
Attorney At Law

302A W. 3rd St.
Mercedes, TX 78570

Millennium Engineers Group, Inc.
P.O. Box 4569
Edingburg, TX 78540-4569

Mobil Mini, Inc.
7420 S. Kyrene Rd. Ste. 101
Tempe, AZ 85283

Munoz Foundation Drilling , Inc.
P.O. Box 446
Weslaco, TX 78559

North Alamo Water Supply
4220 S. Doolittle Rd.,
Edingburg, TX 78539

Odessa Pumps & Equipment, Inc.
7302 Leopard St.
Corpus Christi, TX 78409

Orozcos Inc.
8370 Mines Rd. Road/FM 1472
Laredo, TX 78045

Pharr Frontera Paving
426 W. Clark Ave.
Pharr, TX 78577

Phoenix Lease Control
P.O. Box 27087
Denver, CO 80227

Progreso Matterrials, LTD
Cameron County District Attorney
P.O. Box 250
McAllen, TX 78505

QRO Mex Construction Co. Inc.
2801 Praire Creek Rd.
Granite Shoals, TX 78654

Richard E. Haynes, II

Patrick J. Oegerle
Trevino, Valls & Haynes, LLP
6909 Springfield Ave. Ste. 200
Laredo, TX 78045

Rio Banco Trust
P.O. Box 1268
Olmito, TX 78575

Rio Grande Adult & Inte
1010 South James St. Ste. B
Weslaco, TX 78596

Rio Grande Gas
P.O. Box 5178
McAllen, TX 78502

Rio Grande Steel LTD
P.O. Box 5178
McAllen, TX 78502

River Rock Ready Mix Inc.
P.O. Box 4024
Zapata, TX 78076

River Rock Ready Mix, Inc.
P.O. Box 4024
Zapata, TX 78076

Rock Tech Sand & Gravel
307 A.F Mueller Blvd.
Laredo, TX 78045

Rodolfo Olivares
3307 Weeping Willow St.
Laredo, TX 78043

Rojas Heavy Equipment
240 Frontage Rd.
Alamo, TX 78516

RSC Equipment Rental/Laredo
1013 Emeral Valley Dr.
Laredo, TX 78043

Saldana Trucking Service
2843 Avila St.
Brownsville, TX 78526

South Laredo Ready Mix
4318 S. Zapata Hwy.
Laredo, TX 78046

Southwestern Bell Telephone LP
1010 North St. Marys St. RM 412
San Antonio, TX 78295

Startex Gasoline & Oil
5412 Leopard St.
Corpus Christi, TX 78408

System Controls & Instrumentation LLP
11218 IH 10 East
Converse, TX 78109

Tejas Equipment Rental
1212 23rd
Mcallen, TX 78501

Terra Firma Material LLC
P.O. Box 4737
Edingburg, TX 78540

Terracon
615 Gale St. Bldg. B
Laredo, TX 78041

Texas Community Bank
Attn: Laura Reyes
PO Box 450269
Laredo, Texas 78045

The Law Office of Eduardo Jaime
Jaime Professional Building
1800 Victoria
Laredo, TX 78040

The Notzon Law Firm
415 Shloh Dr. STe. B
Laredo, TX 78045

United ISD Tax Office
3501 E. Saunders
Laredo, TX 78041

United Rentals
4317 San Dario Ave.
Laredo, TX 78041

Universal Trucking Inc.
Bernie Saenz Universal Truckers Inc.
P.O. Box 653
Alamo, TX 78516

Valley Auto Machine Shop
Humberto Alanis Valley Auto Machine Shop
621 W. Hwy. 83
Weslaco, TX 78596

Valley Boring Services Ltd
5130 S. Hwy. 281
Edingburg, TX 78539

Valley Day and Night Clinic
3302 Boca Chica Blvd. STe. 109
Bronwsville, TX 78521

Valley Day and Night Clinic/Laredo
5502 San Bernardo AVe.
Laredo, TX 78041

Valley Lubricants
17555 Sh48
Brownsville, TX 78521

Valley Striping Corp.
Guadalupe Salinas Valley Striping Corp.
1616 E. Griffin Pkwy. #143
Mission, TX 78572

Verizon Southwest
P.O. Box 92004
Dallas, TX 75392-0041

Verizon Wireless
P.O. Box 660108

Dallas, TX 75266-0108

Vidaurri Caliche Pit
P.O. Box 156
Zapata, TX 78076

Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215

Webb County Tax Assessor Collector
Patricia Barrera, RTA
P.O. Box 420128
Laredo, TX 78040