# PROFORMA CASH FLOW STATEMENT

| | DURATION | AUGUST Budget | AUGUST Actual | SEPTEMBER Budget | SEPTEMBER Actual | OCTOBER Budget | OCTOBER Actual | NOVEMBER Budget | NOVEMBER Actual | DECEMBER Budget | DECEMBER Actual | JANUARY Budget | JANUARY Actual | BUDGET-YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | | | | | | | |
| AGUA SUD-MCALLEN CONSTRUCTION-S330 LEFT | | 27,073 | | 40,000 | | 27,000 | | 30,000 | | 15,000 | | 15,000 | | 154,073 |
| AGUA SUD-LEM-S73 LEFT | | - | | - | | 73,000 | | - | | - | | - | | 73,000 |
| BROWNSTONE 1.2 MIL | | - | | - | | 250,000 | | 250,000 | | 250,000 | | 250,000 | | 1,000,000 |
| CITY OF COTULLA | | 12,000 | | - | | - | | - | | - | | - | | 12,000 |
| PHOENIX 3k weekly | | 3,000 | | 13,307 | | - | | - | | - | | - | | 16,307 |
| EL EDIN | | - | | 3,000 | | - | | - | | - | | - | | 3,000 |
| VELOCITY | | 65,000 | | 146,000 | | - | | - | | - | | - | | 211,000 |
| BROWNSTONE-LAREDO | | - | | - | | 150,000 | | 150,000 | | 150,000 | | 150,000 | | 600,000 |
| ROSARIO | | 80,000 | | - | | - | | - | | - | | - | | 80,000 |
| RICHIE SCHOOL-512k | | - | | - | | 125,000 | | 125,000 | | 125,000 | | 125,000 | | 500,000 |
| LOS JUECES - 426k | | - | | - | | 75,000 | | 75,000 | | 75,000 | | 75,000 | | 300,000 |
| MERCEDES | | - | | - | | - | | - | | - | | - | | - |
| ALEXANDER | | 40,984 | | - | | - | | - | | - | | - | | 40,984 |
| **TOTAL BILLINGS** | | 228,057 | - | 202,307 | - | 700,000 | - | 630,000 | - | 615,000 | - | 615,000 | - | 2,990,364 |
| | | | | | | | | | | | | | | |
| **MATERIAL COSTS-VENDORS** | | | | | | | | | | | | | | |
| AGUA SUD-MCALLEN CONSTRUCTION | | 2,500 | | 6,000 | | 2,500 | | 3,000 | | - | | - | | 14,000 |
| AGUA SUD-LEM | | - | | - | | 36,500 | | - | | - | | - | | 36,500 |
| BROWNSTONE 1.4 MIL | 5 MTHS | - | | - | | 119,661 | | 119,661 | | 119,661 | | 119,661 | | 478,644 |
| CITY OF COTULLA | | - | | - | | - | | - | | - | | - | | - |
| PHOENIX | | - | | - | | - | | - | | - | | - | | - |
| EL EDIN | | - | | - | | - | | - | | - | | - | | - |
| VELOCITY | | 25,000 | | 85,000 | | - | | - | | - | | - | | 110,000 |
| BROWNSTONE-LAREDO | | - | | - | | 105,000 | | 105,000 | | 105,000 | | 105,000 | | 420,000 |
| ROSARIO | | 47,000 | | - | | - | | - | | - | | - | | 47,000 |
| RICHIE SCHOOL | | - | | - | | 79,913 | | 79,913 | | 79,913 | | 79,913 | | 319,652 |
| LOS JUECES | | - | | - | | 45,000 | | 45,000 | | 45,000 | | 45,000 | | 180,000 |
| MERCEDES | | 34,000 | | - | | - | | - | | - | | - | | 34,000 |
| ALEXANDER | | - | | - | | - | | - | | - | | - | | - |
| **TOTAL MATERIAL COST** | | 108,500 | - | 91,000 | - | 388,574 | - | 352,574 | - | 349,574 | - | 349,574 | - | 1,639,796 |
| **DIRECT MARGIN** | | 119,557 | - | 111,307 | - | 311,426 | - | 277,426 | - | 265,426 | - | 265,426 | - | 1,350,568 |

EXHIBIT "A"

| PROFORMA CASH FLOW STATEMENT | DURATION | AUGUST Budget | AUGUST Actual | SEPTEMBER Budget | SEPTEMBER Actual | OCTOBER Budget | OCTOBER Actual | NOVEMBER Budget | NOVEMBER Actual | DECEMBER Budget | DECEMBER Actual | JANUARY Budget | JANUARY Actual | BUDGET-YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VARIABLE/FIXED OVERHEAD | | | | | | | | | | | | | | |
| FUEL VALLEY-LAREDO | | 5,000 | | 5,000 | | 15,000 | | 20,000 | | 20,000 | | 20,000 | | 85,000 |
| INSURANCE | | | | | | | | | | | | | | |
| G/L / AUTO / EQUIP | | - | | 13,000 | | 13,000 | | 13,000 | | 13,000 | | 13,000 | | 65,000 |
| TEXAS MUTUAL | | 2,500 | | 2,500 | | 6,000 | | 5,500 | | 5,000 | | 5,000 | | 26,500 |
| NOTES | | | | | | | | | | | | | | |
| REPAIRS AND MAINTENANCE | | 4,000 | | 4,000 | | 20,000 | | 15,000 | | 15,000 | | 15,000 | | 73,000 |
| PAYROLL | | | | | | | | | | | | | | |
| MONTHLY-HOURLY | | 39,900 | | 27,300 | | 81,900 | | 73,500 | | 73,500 | | 56,700 | | 352,800 |
| MONTHLY-not in field | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | |
| 941 CURRENT | | 4,965 | | 4,001 | | 8,178 | | 7,535 | | 7,535 | | 6,250 | | 38,464 |
| UTILITIES | | | | | | | | | | | | | | |
| PHONE-INCLUDE CELLS | | 1,000 | | 1,000 | | 1,500 | | 1,500 | | 1,500 | | 1,500 | | 8,000 |
| INTERNET | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 3,000 |
| WATER | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 3,000 |
| ELECTRIC | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 6,000 |
| JOB SUPPLIES | | | | | | | | | | | | | | |
| SUPPLIES | | 2,000 | | 2,000 | | 10,000 | | 10,000 | | 7,000 | | 5,000 | | 35,000 |
| OFFICE EXPENSE | | 1,000 | | 1,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 10,000 |
| PERMITS | | 300 | | - | | 300 | | 300 | | 300 | | 300 | | 1,500 |
| RENTS | | | | | | | | | | | | | | |
| RENTS | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 12,000 |
| JOB SITE RENT | | 1,500 | | 1,500 | | 3,000 | | 3,000 | | 3,000 | | 3,000 | | 15,000 |
| REPAIRS AMD MAINT-EQUIP/VEHICLES | | 2,500 | | 1,500 | | 7,000 | | 6,000 | | 6,000 | | 4,000 | | 27,000 |
| BANK CHARGES | | 250 | | 250 | | 250 | | 250 | | 250 | | 250 | | 1,500 |
| PRE PETITION DEBT | | | | | | | | | | | | | | 333,200 |
| VENDORS | | | | | | 8,300 | | 8,300 | | 8,300 | | 8,300 | | 43,600 |
| 941-2010 | | | | | | 10,900 | | 10,900 | | 10,900 | | 10,900 | | |
| TOTAL FIXED COSTS / OVERHEAD | | 93,915 | | 91,051 | | 216,328 | | 205,785 | | 202,285 | | 180,200 | | 839,564 |
| NET CASH FROM OPERATIONS | | 25,642 | - | 20,256 | - | 95,098 | - | 71,641 | - | 63,141 | - | 85,226 | - | 511,004 |