IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| IN RE: | § | |
| | § | |
| CLOSNER CONSTRUCTION CO., LLC | § | CASE NUMBER 11-50060 |
| | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

# EXHIBIT C

## LIQUIDATION ANALYSIS

**REAL PROPERTY**

**<u>Closner Construction Co., LLC</u>**

| Asset | Market Value | Liquidation Value | Debt |
|---|---|---|---|
| 50 acres east of Laredo | $570,000.00 | $570,000.00 | |
| Lien Holder BBVA Compass Bank | | | $148,184.00 |

<u>Ad Valorem Taxes owed to taxing entities:</u>

| | |
|---|---|
| UISD | 16,651.81 |
| Laredo community College | 2,161.27 |
| Total add valorem taxes owed on property | 18,813.08 |

**<u>PERSONAL PROPERTY</u>**

<u>Vehicles</u>

The Company has fifteen vehicles, which have a value of approximately $327,764.00.
<u>Equipment</u>

The Company also has computers, office equipment, and fixtures worth and additional $190,000.

<u>Account Receivables</u>

At the time of filing the Company also had account receivables of approximately $2,000,000.00.

The real estate and all of the Debtor's other assets, are subject to a cross default and cross collateralization agreement securing approximately $4,200,000.00 in debt to Compass Bank. Additionally the Company pledged its assets to secure, and guaranteed the debt of Construction Depot, LC to Peoples United Equipment, there is currently a balance of:

| Debt: | $4,200,000.00 | Compass Bank |
|---|---|---|
| | 425,546.16 | Peoples United Equipment |
| | 18,813.08 | Ad valorem Taxes |
| | 381,794.03 | IRS secured |
| | 5,026,153.31 | |

| Assets | $ 570,000,00 | Fifty acres |
|---|---|---|
| | 327,764.00 | Vehicles |
| | 190,000.00 | Equipment |
| | 2,000,000.00 | Account receivables |
| | 3,087,764.00 | |

Amount by which total debt exceeds asset value: $1,938,389.31